Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       jtp@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
Deutsche Bank National Trust Company, as Trustee;
JPMorgan Chase Bank, N.A., as an acquirer of
certain assets and liabilities of Washington Mutual
Bank, F.A. from the FDIC, acting as receiver; and
and California Reconveyance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ANDERSON, an individual, | |
|   Plaintiff, | CASE NO.   2:10-cv-02242-RLH-GWF |
| v. | |
| DEUTSCHE BANK NATIONAL TR CO; JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE CO.; AND DOES I individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property, described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto, | **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER TO COMPLAINT** |
|   Defendants. | |

Defendants Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank"); JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. from the FDIC, acting as receiver ("Chase"); and California Reconveyance Company ("CRC") (collectively, the "Defendants"), by and through their undersigned counsel, respectfully request that the Court strike Plaintiff's Reply (the "Reply") (Doc. No. 18) to Defendants' Answer ("Answer") to Complaint pursuant to Fed. R. Civ. P. 12(f).

Rule 12(f) provides, in pertinent part, that "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Plaintiff's Reply to Defendants' Answer is, at best, a fugitive and redundant document that is not contemplated within the Federal Rules of Civil Procedure ("Federal Rules"), and it must be stricken.

Moreover, the Reply must be stricken because it is prejudicial to Defendants.[1] The Reply appears to assert that Defendants' Answer is somehow defective because it is not verified, sworn to under penalty of perjury, or otherwise proven to be true. While Defendants profoundly disagree with Plaintiff's argument, in any event, the Federal Rules do not contemplate filing of responses to an answer, unless specifically ordered by the Court. *See* Fed. R. Civ. P. 7(a). As such, the Reply must be stricken in order to prevent Plaintiff's one-sided argument from becoming part of the record, which would be highly prejudicial to Defendants. Defendants were well within their rights to file an Answer to Plaintiff's Complaint, and any opposition to the Answer is unfairly prejudicial to Defendants.

. . .
. . .
. . .
. . .
. . .

---

[1] In an unpublished opinion, the Ninth Circuit held that motions to strike under Rule 12(f) do not require a showing of prejudice. *See, e.g., Atlantic Richfield Co. v. Ramirez*, 176 F.3d 481 (9th Cir. 1999). Nevertheless, the importance of striking Plaintiff's Reply is underscored by the fact that the Reply is prejudicial to Defendants.

2

For each of the foregoing reasons, Defendants respectfully request that Plaintiff's Reply be stricken from the records of this case.

DATED this ____ day of March, 2011.

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
Deutsche Bank National Trust Company, as Trustee;
JPMorgan Chase Bank, N.A., as an acquirer of
certain assets and liabilities of Washington Mutual
Bank, F.A. from the FDIC, acting as receiver; and
and California Reconveyance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of March, 2011, a true copy of the Foregoing **Defendants' Motion to Strike Plaintiff's Reply to Defendants' Answer to Complaint** was filed electronically via the court's CM/ECF system and served either by mail, postage prepaid, to the following or electronically as noted:

Charles Anderson
6145 Laredo Street
Las Vegas, NV 89146
Plaintiff in pro per
(Served Via U.S. Mail)

an employee of Smith Larsen & Wixom

3