# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES ANDERSON,

    Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TR CO.; *et al.*,

    Defendants.

Case No. 2:10-cv-02242-RLH-GWF

**ORDER**

This matter is before the Court on the proposed Discovery Plan and Scheduling Order (#16), filed by the Plaintiff on February 28, 2011 and Defendants' Objection to the Proposed Discovery Plan and Scheduling Order (#22), filed on March 8, 2011. Also before the Court, to some extent, is Plaintiff's Motion for Stay of Litigation Proceedings Pending Determination on Motion to Remand (#9), filed on January 20, 2011.

Defendants object to Plaintiff's proposed Discovery Plan and Scheduling Order on the grounds that Plaintiff filed the proposed plan without first scheduling or conducting the mandatory conference on Fed.R.Civ.Pro. 26(f). Defendants also state that discovery in this action should be stayed pending a decision by the Court on Defendants' Motion for Judgment on the Pleadings (#14), filed on February 16, 2011. Having reviewed this motion, the Court finds that good cause exists to stay discovery pending a ruling on Defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** that discovery in this action is stayed pending a decision on Defendants' Motion for Judgment on the Pleadings (#14).

DATED this 14th day of March, 2011.

*/s/ George Foley, Jr.*
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE