**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES ANDERSON, ) | |
| ) Plaintiff, ) | Case No. 2:10-cv-02242-RLH-GWF |
| ) vs. ) | **ORDER** |
| ) DEUTSCHE BANK NATIONAL TR CO.; *et al.*, ) ) Defendants. ) | |

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Reply to Defendants' Answer to Complaint (#20) filed March 4, 2011. Defendants request that the Court strike Plaintiff's Reply to Defendants' Answer (#18), as an impermissible pleading. (#29). A response to a defendant's answer is not a recognized pleading under Fed.R.Civ.P. 7. As a result, the Court finds good cause to strike Plaintiff's response.

**IT IS ORDERED** Defendants' Motion to Strike Plaintiff's Reply to Defendants' Answer to Complaint (#20) is **granted**. Plaintiff's Reply to Defendant's Unverified Answer to Plaintiff's Complaint (#18) is **stricken**.

DATED this 14th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge